UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
FEB 13 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 2:20cr 12 |
| | ) | |
| RYAN DALLETEZZE, | ) | 26 U.S.C. § 7206(2) |
| | ) | Aiding and Assisting Filing |
| | ) | False Tax Returns |
| | ) | (Count One) |
| | ) | |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about February 2013 through in or about April 2017, in the Eastern District of Virginia and elsewhere, RYAN DALLETEZZE, the defendant, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation, under and in connection with any matter arising under the internal revenue laws, to the Internal Revenue Service of twenty-three (23) U.S. Individual Income Tax Returns for the taxpayers and calendar years specified, which returns were false or fraudulent as to material matters, in that the returns represented that the named taxpayers were entitled to claim deductions and credits for the listed items in the approximate amounts specified in the table below, when defendant RYAN DALLETEZZE well knew that the taxpayers were not entitled to claim the deductions in the amounts specified:

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| 1 | 02/24/2014 | D.A. | 2013 | Schedule C Income/Loss | ($14,186) |
| | | | | Mortgage Interest | $0 |
| | | | | Charitable Contributions | $22,785 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| | | | | Employee Business Expense | $47,028 |
| | | | | Tax Preparation Fee | $1,000 |
| | | | | Attorney and Accounting Fees | $5,000 |
| 2 | 03/05/2015 | D.A. | 2014 | Schedule C Income/Loss | ($20,038) |
| | | | | Employee Business Expenses | $46,712 |
| | | | | Education Credit | $3,000 |
| | | | | American Opportunity Credit | $2,000 |
| | | | | Charitable Contributions | $27,085 |
| | | | | Tax Preparation Fee | $0 |
| | | | | Attorney and Accounting Fees | $4,100 |
| 3 | 02/10/2014 | C.D.1 | 2013 | Charitable Contributions | $22,715 |
| | | | | Employee Business Expenses | $30,922 |
| | | | | Tax Preparation Fee | $1,000 |
| | | | | Attorney & Accounting Fees | $6,000 |
| 4 | 02/23/2015 | C.D.1 | 2014 | American Opportunity Credit | $1,000 |
| | | | | Charitable Contributions | $13,440 |
| | | | | Employee Business Expenses | $27,505 |
| | | | | Attorney and Accounting Fees | $5,000 |
| 5 | 02/10/2016 | C.D.1 | 2015 | Education Credit | $1,000 |
| | | | | Medical Expenses | $2,860 |
| | | | | Charitable Contributions | $12,920 |
| | | | | Employee Business Expenses | $20,832 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| 6 | 02/11/2014 | C.D.2 | 2013 | Charitable Contributions | $9,875 |
| | | | | Employee Business Expenses | $18,214 |
| | | | | Attorney and Accounting Fees | $3,500 |
| 7 | 02/09/2015 | C.D.2 | 2014 | American Opportunity Credit | $1,000 |
| | | | | Charitable Contributions | $14,758 |
| | | | | Employee Business Expenses | $19,228 |
| | | | | Attorney and Accounting Fees | $3,800 |
| 8 | 03/09/2016 | C.D.2 | 2015 | American Opportunity Credit | $1,000 |
| | | | | Medical Expenses | $10,187 |
| | | | | Charitable Contributions | $19,210 |
| | | | | Employee Expenses | $21,899 |
| 9 | 04/16/2014 | A.E. | 2013 | Medical Expenses | $17,550 |
| | | | | Charitable Contributions | $9,640 |
| | | | | Employee Expenses | $20,168 |
| 10 | 05/01/2015 | A.E. | 2014 | Medical Expenses | $23,941 |
| | | | | Charitable Contributions | $32,340 |
| | | | | Employee Expenses | $36,002 |
| | | | | Attorney and Accounting Fees | $6,200 |
| 11 | 03/03/2016 | A.E. | 2015 | Medical Expenses | $43,375 |
| | | | | Charitable Contributions | $29,795 |
| | | | | Employee Expenses | $42,208 |
| | | | | Attorney and Accounting Fees | $7,500 |
| 12 | 03/14/2014 | M.M. | 2013 | Charitable Contributions | $8,815 |
| | | | | Employee Business Expenses | $21,924 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| | | | | Tax Preparation Fee | $350 |
| 13 | 3/29/2015 | M.M. | 2014 | Schedule C Income/Loss | $2,165 |
| | | | | Charitable Contributions | $24,410 |
| | | | | Employee Business Expenses | $36,691 |
| | | | | Tax Preparation Fee | $500 |
| | | | | Attorney and Accounting Fees | $3,000 |
| 14 | 03/02/2016 | M.M. | 2015 | Medical Expense | $18,809 |
| | | | | Employee Business Expenses | $42,130 |
| | | | | Charitable Contributions | $28,835 |
| | | | | Tax Preparation Fee | $750 |
| | | | | Attorney and Accounting Fees | $5,000 |
| 15 | 04/15/2015 | S.M. | 2014 | Education Credit | $328 |
| | | | | American Opportunity Credit | $1,000 |
| 16 | 04/10/2016 | S.M. | 2015 | American Opportunity Credit | $1,000 |
| | | | | Medical Expenses | $1,068 |
| | | | | Charitable Contributions | $4,010 |
| | | | | Employee Business Expenses | $12,846 |
| 17 | 03/04/2014 | A.M. | 2013 | Employee Business Expenses | $14,714 |
| | | | | Charitable Contributions | $4,990 |
| 18 | 04/03/2015 | A.M. | 2014 | Mortgage Insurance Premium | $824 |
| | | | | Schedule C Income/Loss | ($2,510) |
| | | | | Employee Business Expenses | $22,942 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| | | | | Residential Energy Credit | $473 |
| | | | | Charitable Contributions | $8,150 |
| 19 | 02/27/2016 | A.M. | 2015 | Mortgage Insurance Premium | $826 |
| | | | | Schedule C Income/Loss | ($8,886) |
| | | | | Employee Business Expenses | $13,192 |
| | | | | Other Loss | ($9,301) |
| | | | | Residential Energy Credit | $493 |
| | | | | Charitable Contributions | $3,140 |
| 20 | 02/22/2017 | A.M. | 2016 | Mortgage Insurance Premium | $3,600 |
| | | | | Charitable Contributions | $13,145 |
| | | | | Education Credit | $1,333 |
| | | | | American Opportunity Credit | $1,000 |
| | | | | Employee Business Expenses | $13,335 |
| 21 | 02/10/2014 | D.R. | 2013 | Employee Business Expenses | $25,790 |
| | | | | Other Expenses | $3,850 |
| | | | | Charitable Contributions | $10,780 |
| 22 | 03/04/2015 | D.R. | 2014 | Employee Business Expenses | $25,155 |
| | | | | Charitable Contributions | $12,550 |
| | | | | Tax Preparation Fee | $500 |
| | | | | Other Expenses | $6,000 |
| 23 | 03/06/2016 | D.R. | 2015 | Employee Business Expenses | $33,930 |
| | | | | Casualty Loss | $10,900 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| | | | | Charitable Contributions | $24,260 |
| | | | | Education Credit | $1,119 |
| | | | | Tax Preparation Fee | $750 |
| | | | | Other Expneses | $8,500 |
| 24 | 03/10/2014 | D.S. | 2013 | Schedule C Income/Loss | ($1,707) |
| | | | | Employee Business Expenses | $29,967 |
| | | | | Medical Expenses | $14,893 |
| | | | | Charitable Contributions | $19,102 |
| | | | | Tax Preparation Fee | $1,000 |
| | | | | Other Expenses | $3,500 |
| 25 | 04/10/2015 | D.S. | 2014 | Employee Business Expenses | $25,370 |
| | | | | Medical Expenses | $16,506 |
| | | | | Charitable Contributions | $22,890 |
| | | | | American Opportunity Credit | $1,000 |
| | | | | Tax Preparation Fee | $650 |
| 26 | 03/02/2016 | D.S. | 2015 | Medical Expenses | $32,628 |
| | | | | Employee Business Expenses | $25,660 |
| | | | | Charitable Contributions | $24,035 |

(All in violation of Title 26, United States Code, Sections 7206(2).)

*U.S. v. RYAN DALLETEZZE*
Criminal No. 2:20cr 12

        G. Zachary Terwilliger
        United States Attorney

By: _____
        Elizabeth M. Yusi
        Virginia Bar No. 91982
        Assistant United States Attorney
        Attorney for the United States
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Office Number - 757-441-6331
        Facsimile Number - 757-441-6689
        E-Mail Address - elizabeth.yusi@usdoj.gov