JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|---|
| City: EDVA | Criminal Complaint: | | Criminal Number: 2:20cr12 |
| County/Parish: | Same Defendant: | | New Defendant: Ryan Dalletezze |
| | Magistrate Judge Case Number: | | Arraignment Date: |
| | Search Warrant Case Number: | | |
| | R 20/R 40 from District of _____. | | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# ---- | | |
|---|---|---|---|
| Defendant Name: Ryan Dalletezze | | Alias Name(s): | |
| Address: Virginia Beach, VA 23451 | | | |
| Birth Date: 1978 | SS#: 2180 | Sex: Male | Race: white | Nationality: | Place of Birth: |
| Height: | Weight: | Hair: | Eyes: | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☒ Bond |

## Defense Counsel Information:

| Name: Kirsten Kmet | ☒ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☒ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Elizabeth M. Yusi | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

IRS, Norfolk VA

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 26 U.S.C. § 7206(2) | Aiding and Assisting Filing False Tax Returns | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |
| Set 4 | | | | |