FILED
IN OPEN COURT
MAR 1 2 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:20CR12** |
| | ) | |
| **RYAN DALLETEZZE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STATEMENT OF FACTS**

By signing below, the parties and their respective counsel agree that the following facts are true and correct, and that had the matter gone to trial, the United States would have proven them beyond a reasonable doubt.

1. Beginning in approximately February 2013 through at least April 2017, the defendant, RYAN DALLETEZZE (DALLETEZZE or defendant), began preparing tax returns for customers through his company, D&D Tax Services, LLC, in Virginia Beach, Virginia.

2. Virginia Beach is within the Eastern District of Virginia.

3. DALLETEZZE was a "ghost preparer." He received money as the paid preparer but failed to report or identify himself as such on his customers' tax returns.

4. During the relevant time period, DALLETEZZE prepared and filed 26 false Form 1040, U.S. Individual Income Tax Return, with the Internal Revenue Service (IRS) for his customers. The false returns reported or claimed one of more false, fictitious, or fraudulent items, such as (a) various Schedule A itemized deductions, e.g. charitable contributions, unreimbursed employee business expenses, attorney and accounting fees, (b) residential energy credits, (c) education credits, and/or (d) Schedule C business losses.

5. Specifically, DALLETEZZE prepared the following 26 false and fraudulent federal individual income tax returns, which were filed with the IRS and the returns contained the following false, fictitious, or fraudulent items, which were material to the returns filed with the IRS:

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| 1 | 02/24/2014 | D.A. | 2013 | Schedule C Income/Loss | ($14,186) |
| | | | | Mortgage Interest | $0 |
| | | | | Charitable Contributions | $22,785 |
| | | | | Employee Business Expense | $47,028 |
| | | | | Tax Preparation Fee | $1,000 |
| | | | | Attorney and Accounting Fees | $5,000 |
| 2 | 03/05/2015 | D.A. | 2014 | Schedule C Income/Loss | ($20,038) |
| | | | | Employee Business Expenses | $46,712 |
| | | | | Education Credit | $3,000 |
| | | | | American Opportunity Credit | $2,000 |
| | | | | Charitable Contributions | $27,085 |
| | | | | Tax Preparation Fee | $0 |
| | | | | Attorney and Accounting Fees | $4,100 |
| 3 | 02/10/2014 | C.D.1 | 2013 | Charitable Contributions | $22,715 |
| | | | | Employee Business Expenses | $30,922 |
| | | | | Tax Preparation Fee | $1,000 |
| | | | | Attorney & Accounting Fees | $6,000 |
| 4 | 02/23/2015 | C.D.1 | 2014 | American Opportunity Credit | $1,000 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| | | | | Charitable Contributions | $13,440 |
| | | | | Employee Business Expenses | $27,505 |
| | | | | Attorney and Accounting Fees | $5,000 |
| 5 | 02/10/2016 | C.D.1 | 2015 | Education Credit | $1,000 |
| | | | | Medical Expenses | $2,860 |
| | | | | Charitable Contributions | $12,920 |
| | | | | Employee Business Expenses | $20,832 |
| 6 | 02/11/2014 | C.D.2 | 2013 | Charitable Contributions | $9,875 |
| | | | | Employee Business Expenses | $18,214 |
| | | | | Attorney and Accounting Fees | $3,500 |
| 7 | 02/09/2015 | C.D.2 | 2014 | American Opportunity Credit | $1,000 |
| | | | | Charitable Contributions | $14,758 |
| | | | | Employee Business Expenses | $19,228 |
| | | | | Attorney and Accounting Fees | $3,800 |
| 8 | 03/09/2016 | C.D.2 | 2015 | American Opportunity Credit | $1,000 |
| | | | | Medical Expenses | $10,187 |
| | | | | Charitable Contributions | $19,210 |
| | | | | Employee Expenses | $21,899 |
| 9 | 04/16/2014 | A.E. | 2013 | Medical Expenses | $17,550 |
| | | | | Charitable Contributions | $9,640 |
| | | | | Employee Expenses | $20,168 |
| 10 | 05/01/2015 | A.E. | 2014 | Medical Expenses | $23,941 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| | | | | Charitable Contributions | $32,340 |
| | | | | Employee Expenses | $36,002 |
| | | | | Attorney and Accounting Fees | $6,200 |
| 11 | 03/03/2016 | A.E. | 2015 | Medical Expenses | $43,375 |
| | | | | Charitable Contributions | $29,795 |
| | | | | Employee Expenses | $42,208 |
| | | | | Attorney and Accounting Fees | $7,500 |
| 12 | 03/14/2014 | M.M. | 2013 | Charitable Contributions | $8,815 |
| | | | | Employee Business Expenses | $21,924 |
| | | | | Tax Preparation Fee | $350 |
| 13 | 3/29/2015 | M.M. | 2014 | Schedule C Income/Loss | $2,165 |
| | | | | Charitable Contributions | $24,410 |
| | | | | Employee Business Expenses | $36,691 |
| | | | | Tax Preparation Fee | $500 |
| | | | | Attorney and Accounting Fees | $3,000 |
| 14 | 03/02/2016 | M.M. | 2015 | Medical Expense | $18,809 |
| | | | | Employee Business Expenses | $42,130 |
| | | | | Charitable Contributions | $28,835 |
| | | | | Tax Preparation Fee | $750 |
| | | | | Attorney and Accounting Fees | $5,000 |
| 15 | 04/15/2015 | S.M. | 2014 | Education Credit | $328 |
| | | | | American Opportunity Credit | $1,000 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| 16 | 04/10/2016 | S.M. | 2015 | American Opportunity Credit<br><br>Medical Expenses<br><br>Charitable Contributions<br><br>Employee Business Expenses | $1,000<br><br>$1,068<br><br>$4,010<br><br>$12,846 |
| 17 | 03/04/2014 | A.M. | 2013 | Employee Business Expenses<br><br>Charitable Contributions | $14,714<br><br>$4,990 |
| 18 | 04/03/2015 | A.M. | 2014 | Mortgage Insurance Premium<br><br>Schedule C Income/Loss<br><br>Employee Business Expenses<br><br>Residential Energy Credit<br><br>Charitable Contributions | $824<br><br>($2,510)<br><br>$22,942<br><br>$473<br><br>$8,150 |
| 19 | 02/27/2016 | A.M. | 2015 | Mortgage Insurance Premium<br><br>Schedule C Income/Loss<br><br>Employee Business Expenses<br><br>Other Loss<br><br>Residential Energy Credit<br><br>Charitable Contributions | $826<br><br>($8,886)<br><br>$13,192<br><br>($9,301)<br><br>$493<br><br>$3,140 |
| 20 | 02/22/2017 | A.M. | 2016 | Mortgage Insurance Premium<br><br>Charitable Contributions<br><br>Education Credit<br><br>American Opportunity Credit<br><br>Employee Business Expenses | $3,600<br><br>$13,145<br><br>$1,333<br><br>$1,000<br><br>$13,335 |

| **Return** | **Date of Filing** | **Taxpayer(s) Initials** | **Tax Year** | **Falsely Claimed Items** | **False Amount Claimed** |
|---|---|---|---|---|---|
| 21 | 02/10/2014 | D.R. | 2013 | Employee Business Expenses | $25,790 |
| | | | | Other Expenses | $3,850 |
| | | | | Charitable Contributions | $10,780 |
| 22 | 03/04/2015 | D.R. | 2014 | Employee Business Expenses | $25,155 |
| | | | | Charitable Contributions | $12,550 |
| | | | | Tax Preparation Fee | $500 |
| | | | | Other Expenses | $6,000 |
| 23 | 03/06/2016 | D.R. | 2015 | Employee Business Expenses | $33,930 |
| | | | | Casualty Loss | $10,900 |
| | | | | Charitable Contributions | $24,260 |
| | | | | Education Credit | $1,119 |
| | | | | Tax Preparation Fee | $750 |
| | | | | Other Expenses | $8,500 |
| 24 | 03/10/2014 | D.S. | 2013 | Schedule C Income/Loss | ($1,707) |
| | | | | Employee Business Expenses | $29,967 |
| | | | | Medical Expenses | $14,893 |
| | | | | Charitable Contributions | $19,102 |
| | | | | Tax Preparation Fee | $1,000 |
| | | | | Other Expenses | $3,500 |
| 25 | 04/10/2015 | D.S. | 2014 | Employee Business Expenses | $25,370 |
| | | | | Medical Expenses | $16,506 |
| | | | | Charitable Contributions | $22,890 |

| Return | Date of Filing | Taxpayer(s) Initials | Tax Year | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|---|---|
| | | | | American Opportunity Credit<br><br>Tax Preparation Fee | $1,000<br><br>$650 |
| 26 | 03/02/2016 | D.S. | 2015 | Medical Expenses<br><br>Employee Business Expenses<br><br>Charitable Contributions | $32,628<br><br>$25,660<br><br>$24,035 |

6. DALLETEZZE's customers did not provide any documents to him to support these false, fictitious, or fraudulent claims. The customers did not review their tax returns before they were filed with the IRS and were not aware of DALLETEZZE's false, fictitious, or fraudulent claims on their returns.

7. These false, fictitious, or fraudulent claims resulted in fraudulent federal tax refunds that were directly deposited into bank accounts controlled by DALLETEZZE.

8. In some cases, DALLETEZZE kept substantial portions of the fraudulent federal tax refunds for himself and did not inform his customers of the true amount of the fraudulent federal tax refunds.

9. In addition, DALLETEZZE also prepared and filed 7 additional false federal tax returns with the Internal Revenue Service (IRS) for his customers for the 2012 tax year. Again, the false returns reported or claimed one of more false, fictitious, or fraudulent items, such as (a) various Schedule A itemized deductions, e.g. charitable contributions, unreimbursed employee expenses, attorney and accounting fees, (b) medical expenses, and/or (c) Schedule C business losses.

10. Specifically, DALLETEZZE prepared the following 7 false and fraudulent federal individual income tax returns for the 2012 tax year, which were filed with the IRS and the returns contained the following false, fictitious, or fraudulent items, which were material to the returns filed with the IRS:

| Return | Taxpayer(s) Initials | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|
| 1 | D.A. | Schedule C Income/Loss | ($5,319) |
| | | Mortgage Interest | $0 |
| | | Use of Home | $7.947 |
| | | Other income | ($3,088) |
| | | Medical Expenses | $10,876 |
| | | Misc. Deductions | $48,965 |
| 2 | C.D.1 | Schedule C Income/Loss | ($12,715) |
| | | Employee Business Expenses | $26,704 |
| | | Charitable Contributions | $9,980 |
| | | Attorney and Accounting Fees | $3,500 |
| 3 | C.D.2 | Employee Business Expenses | $17,539 |
| | | Charitable Contributions | $12,490 |
| | | Attorney and Accounting Fees | $2,500 |
| 4 | M.M. | Schedule C Income/Loss | ($2,638) |
| | | Employee Business Expenses | $23,009 |
| | | Charitable Contributions | $8,975 |
| 5 | A.M. | Employee Business Expenses | $7,951 |
| | | Charitable Contributions | $3,990 |

| Return | Taxpayer(s) Initials | Falsely Claimed Items | False Amount Claimed |
|---|---|---|---|
| | | Home Utility Expense | $3,720 |
| 6 | D.R. | Employee Business Expenses | $29,778 |
| | | Charitable Contributions | $18,650 |
| | | Attorney and Accounting Fees | $4,500 |
| 7 | D.S. | Schedule C Income/Loss | ($25,511) |
| | | Employee Business Expenses | $20,340 |
| | | Charitable Contributions | $13,815 |
| | | Medical Expenses | $14,893 |
| | | Other Expenses | $6,600 |

11. Once again, for the 2012 tax year, DALLETEZZE's customers did not provide any documents to him to support these false, fictitious, or fraudulent claims. The customers did not review their tax returns before they were filed with the IRS and were not aware of DALLETEZZE's false, fictitious, or fraudulent claims on their returns.

12. These false, fictitious, or fraudulent claims for the 2012 tax year resulted in fraudulent federal tax refunds that were directly deposited into bank accounts controlled by DALLETEZZE.

13. The filing of the false and fraudulent returns for tax years described herein resulted in a tax loss of approximately $291,579 to the federal government.

14. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

15. The actions of the defendant, as recounted above, were in all respects willful, knowing, and deliberate, and were not committed by mistake, accident, or other innocent reason.

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: ______________________
Elizabeth M. Yusi
Assistant United States Attorney

*U.S. v. RYAN DALLETEZZE*, 2:20cr

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, RYAN DALLETEZZE, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

RYAN DALLETEZZE

I am RYAN DALLETEZZE' attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Kirsten Kmet, Esq.
Counsel for Defendant